United States District Court
Southern Distirict of New York

District 6 Health Plan and its Trustees,

AFFIDAVIT OF SERVICE

                              Plaintiff(s)         Case No. 08 Civ 6815

        -against-

Mermaid Manor Assisted Living Program and
Mermaid Manor Home for Adults, LLC,

                        Defendant(s)

State of New York )
                            ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That
on August 1, 2008 at approximately 10:00 AM deponent served the following specific papers  pursuant to
Section 303 of the Limited Liability Company Law,  Summons in a Civil Action and Complaint, that the party
served was Mermaid Manor Home for Adults, LLC, a domestic limited liability company, one of the defendants
in this action,  by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of
State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving
papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of
5'0" - 5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of
State and empowered to receive such service.  That at the time of making such service, deponent paid the fee
prescribed by Law in the amount of $40.00.

                                                _____
                                                        Mary M. Bonville

Sworn to before me this _____1st_____ day of August, 2008

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

State of New York - Department of State
Receipt for Service

Receipt #:  200808050144                          Cash #: 200808050054
Date of Service:  08/01/2008                  Fee Paid: $40 - DRAWDOWN
Service Company:  08 COLBY ATTORNEYS SERVICE COMPANY - 08

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  MERMAID MANOR HOME FOR ADULTS, LLC


Plaintiff/Petitioner:
              DISTRICT 6 HEALTH PLAN



Service of Process Address:
MERMAID MANOR HOME FOR ADULTS, LLC
3602 MERMAID AVENUE
BROOKLYN,  NY 11224

                                    Secretary of State
                                    By  DONNA CHRISTIE