AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

District 6 Health Plan and Its Trustees v. Mermaid Manor, etc.

Case Number: 08 Civ. 6815 (CM) (MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs District 6 Health Plan and Its Trustees

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/19/2008 | *Marc Tenenbaum* (signature) |
| Date | Signature |
| | Marc A. Tenenbaum |
| | Print Name / Bar Number |
| | Barnes, Iaccarino, Virginia, et al., 111 Broadway, Ste. 1403 |
| | Address |
| | New York / New York / 10006 |
| | City / State / Zip Code |
| | (212) 943-9080 / (212) 943-9082 |
| | Phone Number / Fax Number |