**Steven B. Horowitz, Esq. (SBH-3606)**
ROTH HOROWITZ, LLC
150 Morris Avenue
Suite 206
Springfield, New Jersey 07081
(973) 258-1288
Attorneys for Defendants

| | |
|---|---|
| DISTRICT 6 HEALTH PLAN and its TRUSTEES,<br><br>    Plaintiffs,<br><br>-against-<br><br>MERMAID MANOR ASSISTED LIVING PROGRAM and MERMAID MANOR HOME FOR ADULTS, LLC,<br><br>    Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>08-Civ-6815<br><br><br>NOTICE OF APPEARANCE |

The undersigned hereby appears as counsel for all named Defendants in the above-entitled cause.

Dated: August 25, 2008

Steven B. Horowitz, Esq.
Roth Horowitz, L.L.C.
150 Morris Ave.
Suite 206
Springfield, New Jersey 07081