Steven B. Horowitz, Esq. (SBH-3606)
ROTH HOROWITZ, LLC
150 Morris Avenue
Suite 206
Springfield, New Jersey 07081
(973) 258-1288
Attorneys for Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

DISTRICT 6 HEALTH PLAN and its
TRUSTEES,

    Plaintiffs,

-against-

MERMAID MANOR ASSISTED LIVING
PROGRAM and MERMAID MANOR
HOME FOR ADULTS, LLC,

    Defendants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08-Civ-6815

ORDER GRANTING EXTENSION
OF TIME TO ANSWER OR OTHERWISE
PLEAD

Application having been made for an Order extending time within which the Defendants may answer or otherwise reply to the Complaint filed by the Plaintiffs herein,

IT IS ORDERED ON THIS 26th DAY OF AUGUST, 2008:

ORDERED that the application is granted, and the time for Defendants to file their Answer, or otherwise plead, is hereby extended until September 22, 2008.

ORDER DATE August 26th, 2008
New York, New York

_____
Judge Colleen McMahon, U.S.D.J.

ROTH HOROWITZ, LLC
150 Morris Avenue, Suite 206
Springfield, New Jersey 07081

_____
Steven B. Horowitz, Esq.
Attorneys for Defendants

Barnes, Iaccarino, Virginia,
    Ambinder & Shepherd, PLLC
111 Broadway, Suite 1403
New York, New York 10006

_____ Marc A. Tenenbaum
Charles R. Virginia, Esq. Esq.
Attorneys for Plaintiffs